

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-19-00798-CV

Stephen W. **MABERY** and Damon Thorpe,
Appellants

v.

**MORANI RIVER RANCH HOLDINGS LP**, Morani GP LLC, Morani River Ranch LLC,
Kevin L. Reid and Stewards of Wildlife Conservation Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI03565
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On February 13, 2020, we abated this appeal to the trial court to clarify whether it intended to render a final judgment on Appellants' claims against Appellees and, if so, to sign a judgment that is final for purposes of appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). We received a supplemental clerk's record on March 20, 2020, containing the trial court's "Amended Order Granting Final Summary Judgment." The order states that Appellants take nothing on their claims against Appellees, it disposes of all claims and parties, and it is a final, appealable judgment. Accordingly, this court has jurisdiction over the appeal. It is therefore ORDERED that Appellees' motion to dismiss the appeal for lack of jurisdiction is DENIED. It is further ORDERED that this appeal is REINSTATED on the docket of this court. Appellants' brief is due no later than thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.



Michael A. Cruz,
Clerk of Court